J-A09016-22

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| EDITH K. HORAN, AS ADMINISTRATRIX FOR THE ESTATE OF PENNY D. RAFFA, DECEASED | : IN THE SUPERIOR COURT OF<br>:       PENNSYLVANIA<br>:<br>:<br>:<br>: |
| v. | :<br>:<br>: |
| HCR MANORCARE, LLC, MANOR CARE OF KING OF PRUSSIA PA, LLC, D/B/A MANOR CARE HEALTH SERVICES-KING OF PRUSSIA; HCR MANOR CARE, INC.; HCR HEALTHCARE I, LLC; HCR HEALTHCARE II, LLC; HCR HEALTHCARE III, LLC; HCR HEALTHCARE IV, LLC; MANOR CARE HEALTH CARE SERVICES, INC.; MANOR CARE, INC.; HEALTH CARE AND RETIREMENT CORPORATION OF AMERICA; ROBERT L. FELICIANI, III, LLC; THE LAW OFFICE OF ROBERT L. FELICIANI, III, LLC; BRIAN SCOTT DIETRICH; LAW OFFICE OF BRIAN SCOTT DIETRICH, P.C. | : No. 1107 EDA 2021<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

Appeal from the Order Entered April 30, 2021
In the Court of Common Pleas of Montgomery County Civil Division at
No(s): 2013-22988

BEFORE: NICHOLS, J., SULLIVAN, J., and PELLEGRINI, J.*

CONCURRING MEMORANDUM BY PELLEGRINI, J.:**FILED OCTOBER 11, 2022**

      While I join in with the majority's well-reasoned memorandum and with

its conclusion that Edith K. Horan, as the Administratrix for the Estate of Penny

---

* Retired Senior Judge assigned to the Superior Court.

D. Raffa, Deceased, does not have standing to enjoin Attorneys' Dietrich and Feliciani from practicing in areas involving guardianships and collection matters involving incapacitated individuals, I write separately because not only can the declaratory count not be maintained for lack of standing, barring attorneys from practicing, even in certain practice areas, is within the sole discretion of our Supreme Court. The sole method of bringing a complaint is to bring a complaint to the Disciplinary Board and any penalty, if any, would ultimately be imposed by our Supreme Court.

The trial court's 1925(b) statement sets forth the allegations underpinning the Estate's complaint regarding Dietrich and Feliciani's conduct which is alleged as follows:

> Before, during and after their conduct pertaining to Penny D. Raffa, Attorney Dietrich, the Dietrich Firm, Attorney Feliciani, the Feliciani Firm, and the Manor Care Corporate Defendants established a longstanding conspiracy, pattern, practice, habit and routine in which similar victimization and financial exploitation of incapacitated Pennsylvania nursing home residents would repeatedly occur, to wit:
>
> a. Pennsylvania nursing home residents, who were allegedly incapacitated, would be appointed guardians who were recruited, chosen, specifically handpicked and nominated to a Pennsylvania court by Attorney Dietrich, the Dietrich Firm and their clients, including the Manor Care Corporate Defendants and other nursing home corporations operating in this Commonwealth;
>
> b. Attorney Dietrich and the Dietrich Firm would then introduce the selected guardian to co-conspirator Attorney Feliciani and act to ensure that these guardians hired Attorney Feliciani and relied on him for legal representation for themselves and for the ward;

   c. Attorney Dietrich and the Dietrich Firm would then sue the incapacitated resident(s) for collection on behalf of the Manor Care Corporate Defendants or on behalf of another nursing home corporation;

   d. Attorney Feliciani, in furtherance of the conspiracy, would purposely fail to oppose, answer, or file preliminary objections to the collection complaints;

   e. A notice of default would be served on Attorney Feliciani by Attorney Dietrich and the Dietrich Firm;

   f. Attorney Feliciani, in furtherance of the conspiracy, would purposely fail to oppose or otherwise plead in response to the notice of default;

   g. Attorney Dietrich and the Dietrich Firm would then swiftly obtain a default judgment against the incapacitated nursing home resident on behalf of either the Manor Care Corporate Defendants or another nursing home corporation represented by Attorney Dietrich and the Dietrich Firm.

The trial court then goes on to note that Horan's amended complaint sets forth **eleven** other cases in which Dietrich and Feliciani have engaged in similar practices. If these allegations can be made out or, for that matter, just involving Raffa, the matter should be referred to appropriate authorities to take action as to both HCR Manorcare's collection practices as well as those who assist in carrying out the scheme.

Judges Nichols and Sullivan join this concurring memorandum.